**Order entered February 16, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00681-CR

### APRIL SHARON GREEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-33765-W**

## ORDER

Appellant's third motion for extension of time to file appellant's brief is **GRANTED**, and we **ORDER** appellant's brief filed on or before **MARCH 13, 2023.** If appellant's brief is not filed by March 13, 2023, the Court may abate the appeal for the trial court to conduct a hearing and determine why appellant's brief has not been filed.

/s/    NANCY KENNEDY
          JUSTICE